IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

DEEP SOUTH OPERATING, LLC — PLAINTIFF

V. — CIVIL ACTION NO. 1:25-CV-109-MPM-RP

DSO PROJECTS, LLC, et al. — DEFENDANTS

**ORDER STRIKING ANSWER OF CERTAIN DEFENDANTS**

On October 6, 2026, the court ordered the defendants, including Onyx Digital Farms LLC and Basham Johnson, to appear at a hearing on attorney Jeffrey Dean Leathers's motion to withdraw as counsel on October 14, 2026. ECF 85. The court warned the defendants "that if they fail to appear and provide the required information as ordered herein, the court will impose sanctions against them, up to and including striking their answer, entering their default, and dismissing their counterclaim, as their failure to comply with this order will be construed as an indication that they no longer wish to defend against the plaintiff's claims or to prosecute their counterclaim." (emphasis in original). Neither Onyx Digital Farms LLC nor Basham Johnson appeared at the hearing or otherwise provided the required information.

On October 14, 2026, the court ordered several defendants, including Onyx Digital Farms LLC and Basham Johnson, to appear before the undersigned on October 26, 2026 and show cause as to why sanctions should not be imposed against them, "up to and including striking their answer, entering their default, and dismissing their counterclaim," for failing to appear at the hearing on Mr. Leathers's motion to withdraw or to provide the required information. ECF 91. The court warned, "If said defendants fail to appear and show cause as ordered herein, their answer will be stricken, their default will be entered, and their counterclaim will be dismissed." Neither Onyx Digital Farms LLC nor Basham Johnson appeared at the show cause hearing.

Therefore, the answer of the defendants Onyx Digital Farms LLC and Basham Johnson is

STRICKEN, and the Clerk is directed to enter said defendants' default.

SO ORDERED, this, the 26th day of October, 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE